*A. C. Brooks, Chas. J. Maurer, Wilson & Mack* and *King & Spear,* for Appellant;

*Davis, Pierce & Sellers, John P. Wall* and *K. I. Mc-Kay,* for Appellee.

---

State of Florida, *ex rel.*, R. Hudson Burr, Newton A. Blitch and Royal C. Dunn, as Railroad Commissioners of the State of Florida, Relators, v. Florida East Coast Railway Company, a Corporation, Respondent.

Original Proceeding.   In re. Agency at Larkins.

Cause dismissed upon motion of counsel for Relators, the order of the Railroad Commissioners having been complied with, at costs of Relators.

*D. C. McMullen,* for Relators;

*Alex St. Clair-Abrams,* for Respondent.

---

State of Florida, *ex rel.*, R. Hudson Burr, Newton A. Blitch and Royal C. Dunn, as Railroad Commissioners of the State of Florida, Relators, v. Florida East Coast Railway Company, a Corporation, Respondent.

Original Proceeding.   In re. Agency at Mims.

Cause dismissed upon motion of counsel for Relators, the order of the Railroad Commissioners having been complied with, at costs of Relators.

*D. C. McMullen,* for Relators;

*Alex St. Clair-Abrams,* for Respondent.

---

American Securities Company, a Corporation, Appellant, v. Samuel S. Goldsberry, Charles D. Mills and Etta F. Mills, his wife, Appellees.

An Appeal from Decree of the Circuit Court within and for the County of Duval.

Dismissed on motion of counsel for appellee, Samuel S. Goldsberry, appeal having been entered September 15, 1915, at costs of appellant.

*Francis B. McGarry,* for Appellant;

*Axtell & Rinehart,* for Appellees.

---

American Securities Company, a Corporation, Appellant, v. Samuel S. Goldsberry, Charles D. Mills and Etta F. Mills, his wife, Appellees.

An Appeal from Decrees of the Circuit Court within and for the County of Duval.